# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONNA MENCFELDOWSKI,<br><br>                           Plaintiff,<br>     v.<br>WAL-MART STORES, INC.,<br><br>                           Defendant. | Case No. 2:19-cv-00063-JCM-PAL<br><br>ORDER |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1-1) in this matter was filed in state court November 14, 2018, and removed to federal district court January 9, 2019. No answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** plaintiff shall file a certificate of interested parties which fully complies with LR 7.1-1 **no later than February 12, 2019.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of January, 2019.

                                                                                                                  _____<br>
                                                                                                                  PEGGY A. LEEN<br>
                                                                                                                  UNITED STATES MAGISTRATE JUDGE